# MINUTE ORDER

CASE NUMBER:          CV NO. 10-00531 ACK-RLP

CASE NAME:            Michaud v. Casanova, Inc.

ATTYS FOR PLA:        Richard J. Diehl and Jordon Metz

ATTYS FOR DEFT:       James W. Geiger and Paul R. Mancini

INTERPRETER:

---

   JUDGE:    Alan C. Kay                    REPORTER:

   DATE:     11/09/2012                     TIME:

---

COURT ACTION:

      On November 16, 2011, the Court approved a Settlement Agreement and Consent Decree (Doc. No. 24), under which the Court retained jurisdiction of the above-captioned litigation "for the purpose of enforcing provisions of this Agreement until the terms of this Agreement and Order are satisfactorily completed." (Id. ¶ 6.) Under the Decree, once Plaintiffs agree that Defendants have completed their obligations under the Settlement Agreement, Plaintiffs are obligated to dismiss this action with prejudice. (Id. ¶ 7.)

      On November 8, 2012, Plaintiffs filed a Notice of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(2) which requests that the Court "dismiss the entire action with prejudice as all terms of the settlement agreements have been fully completed." (Doc. No. 32 at 2 (emphasis in original).)

      In accordance with the Consent Decree and Federal Rule of Civil Procedure 41(a)(2), the Court hereby DISMISSES WITH PREJUDICE the above-captioned litigation. IT IS SO ORDERED.

Submitted by Leslie L. Sai, Courtroom Manager